IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE:

JASON ALLEN BREWER                         CASE NO:   19-00475-JMC13
MARY LOUISE BREWER,
           Debtors.
_____

JASON ALLEN BREWER
MARY LOUISE BREWER,                        Adversary Proc. No.
           Plaintiffs,

    vs.

FRANKLIN CREDIT MANAGEMENT CORP,
           Defendant.
_____

## COMPLAINT TO AVOID WHOLLY UNSECURED MORTGAGE

### Introduction

    1.   This is an action to move the Court, pursuant to 11 U.S.C. 1322(b), to avoid the wholly unsecured mortgage of Franklin Credit Management Corp, (hereafter "Franklin Credit") on the following real property commonly known as:

3842 E. Brunswick Ave. Indianapolis IN 46237
Legal Description:

Lot 57 in Maple Glen Subdivision, Section Two, a Subdivision in Marion County, Indiana as per plat thereof, recorded April 28, 1993, as Instrument Number 93-48640, in the Office of the Recorder of Marion County, Indiana

### Parties

    2.  The Debtors are natural persons residing in the City of Indianapolis, County of Marion, State of Indiana, and are also Debtors pursuant to the provisions of Chapter 13 of Title 11 of the United States Code.

    3.  The Debtors are consumers and debtors as those terms are defined under applicable Federal and State statutes.

    4.  Franklin Credit, which maintains a place of business, which to the best of Debtor's knowledge and belief is its principal place of business, at 101 Hudson St, Jersey City NJ 07302 and is listed as a creditor on Schedule "D".

**Facts**

5.  That Debtor filed a case on January 28, 2019 - referred to as the "Petition Date."

6.  The Creditor/Defendant, Franklin Credit, obtained an assignment of this mortgage, which recorded on January 4, 2007.

7.  The value of the Property as of the Petition Date is $116,000.

8.  That the total amount of the lien held by first mortgage holder Shellpoint Mortgage is $116,130.43.

9.  That the Defendant's mortgage claim amount is $28,152.02.

10  That Defendant's mortgage is wholly unsecured and is subject to avoidance under 11 U.S.C. 1322(b).

11.  To the extent of the non-bankruptcy claims for relief, this matter is a core proceeding and the Debtors consent to the entry of a final order in this case by the Bankruptcy Judge.

WHEREFORE, the Debtors respectfully prays that, after notice and hearing as may be required, this Court enter an Order stripping said second mortgage as a lien against debtor's real property located at 3842 E. Brunswick Ave. Indianapolis IN 46237 and converting the underlying debt to an unsecured claim herein, and for all other proper relief.

/s/ Mark S. Zuckerberg
Mark S. Zuckerberg
Attorney for Debtors/Plaintiffs
Mark Z. Zuckerberg, #13815-49
Bankruptcy Office of Mark S. Zuckerberg
429 N. Pennsylvania St., Suite 100
Indianapolis, IN  46204
Phone: 317-687-0000
Fax: 317.687.5151
filings@mszlaw.com