UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE:

JASON A. BREWER
MARY L. BREWER

CASE NO. 19-475 JMC-13

DEBTORS

## AGREED MODIFICATION OF PLAN NOT SUBJECT TO NOTICE

The parties hereto agree that the debtor's plan must be modified to resolve an existing issue or objection. This modification of 11 U.S.C. §1322 and becomes part of the debtor's plan, **and any amended plan**, without any necessity for notice herein. The agreement of the parties is: 1/2 of net bonuses starting with Bonus received in Feb. 2019

The debtor shall pay to the trustee one-half of his federal income tax refunds – **LESS EIC FUNDS** - and shall refrain from changing his withholding provisions, over the plan life. Further, barring an actual change in filing status (through marriage, divorce, death, etc), the debtor shall refrain from changing his filing status. All such refunds shall be payable to the trustee on or before the 30th day of April each calendar year commencing April 30, 2019, for the prior tax year. The debtor shall submit a copy of the federal tax return filed with the federal government along with his payment to the trustee. If no tax refunds are due to the debtor from the IRS, a copy of the federal tax return showing no refunds due must be submitted to the trustee in place of the payment. This is in addition to the explicit duty of the Debtor(s) to notify the Trustee's office of the gaining of employment by either Debtor and/or an increase in household income by more than 10% from their last-filed Schedule I. The duty to notify the Trustee of said change(s) shall also require the Debtor(s) to file an amended Schedule I and Plan, if necessary within 30 days of said change(s). All such payments and copies must be sent to: Ann M. DeLaney, Trustee, P.O. Box 250, Memphis, TN 38101-0250. These requirements are considered integral parts of the Court's agreement to confirm this plan and any breach by the debtor of these obligations will be deemed a material breach of the plan and confirmation order and will result in the trustee seeking dismissal of the Chapter 13 case.

WHEREFORE, the parties hereto have agreed to the above terms as an agreed modification of the plan as last submitted by the debtor herein.

DATE: 3/13/19

_____
CHAPTER 13 TRUSTEE

DATE:_____

_____
DEBTOR'S COUNSEL

DATE:_____

_____
DEBTOR

DATE:_____

_____
DEBTOR